IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | |
| | * | |
| **JIMMY W. HART** | * | CR. NO.    **2:04cr20044-B** |

---

### ORDER HOLDING DEFENDANT FOR FINAL REVOCATION HEARING

---

On April 15, 2005, *Jimmy W. Hart* appeared before me on a charge of violation of the terms

and conditions of his supervised release in this matter.  The defendant had previously been advised

of his rights under Fed.R.Crim.P.  5 and 32.1(a), and counsel was appointed.

At this hearing, the defendant was released on bond and, therefore, a preliminary hearing on

the violation was not required. See United States v. Sciuto, 531 F.2d 842, 846 (7th Cir. 1976) and

United States v. Tucker, 524 F.2d 77, 78 (5th Cir. 1975), cert. denied, 424 U.S. 966, 96 S.Ct. 1462,

47 L.Ed.2d 733 (1976).

Accordingly, defendant, *Jimmy W. Hart* is held to a final revocation hearing before United

States District Judge **J. Daniel Breen**.   It is presumed that the District Judge will set this matter for

a revocation hearing pursuant to Fed.R.Crim.P. 32.1(b), (c), and will see that appropriate notices are

given.

IT IS SO ORDERED this 18 day of April, 2005.

_____

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CR-20044 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT