FILED BY _____ D.C.

05 MAY -3 PM 2:27

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 04-20044 B |
| JIMMY W. HART, | * | |
| Defendant. | * | |

## ORDER

CONSIDERING THE FOREGOING Unopposed Motion to Continue, a Continuance of the Supervised Release Hearing in the above captioned matter  X  IS _____ IS NOT Granted and it is hereby re set to the  2nd  day of  June , 2005 at  2:00pm  a.m./p.m.

THUS Ordered this  3rd  day of  May , 2005 at Memphis, Tennessee.

_____
UNITED STATES JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  5-4-05 

3

15

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CR-20044 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT