IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED

05 MAY 31 PM 5:12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 04-20044 B |
| JIMMY W. HART, | * | |
| Defendant. | * | |

ORDER

CONSIDERING THE FOREGOING Unopposed Motion to Continue, a Continuance of the Supervised Release Hearing in the above captioned matter  ✓  IS  ____  IS NOT Granted and it is hereby re set to the __30th__ day of __June__, 2005 at __2:00__ a.m./__p.m.__

THUS Ordered this __26th__ day of __May__, 2005 at Memphis, Tennessee.

_____
UNITED STATES JUDGE

3

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __6-1-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CR-20044 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT