IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN 13 AM 11: 32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 04-20044 B |
| JIMMY W. HART, | * | |
| Defendant. | * | |

ORDER

CONSIDERING THE FOREGOING Unopposed Motion to Amend Conditions of Release, Mr. Hart IS allowed to travel to and from the city of Orlando, Florida from the 17th day of June, 2005 until the 25th day of June 2005. At the conclusion of that trip and until that trip commences, his current conditions will remain in effect restricting his travel to this District.

THUS Ordered this 13th day of June, 2005 at Memphis, Tennessee.

UNITED STATES JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-13-05

4



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CR-20044 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT