AO 245 S (Rev. 4/90)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 JUL -6  PM 4: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
Plaintiff,

VS.                                         Case Number 2:04CR20044

JIMMY W. HART
Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
### (For Offenses Committed On or After November 1, 1987)

The defendant, Jimmy W. Hart, was represented by Pat Brown, Esq.

It appearing that the defendant, who was convicted on December 12, 2001, in the above styled cause and was placed on Supervised Probation for a period of 4 years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Probation of the defendant be revoked and that the defendant be committed to Home Confinement for a term of ninety (90) days. The defendant is ordered to bear the cost of Electronic Monitoring according to a schedule established by the Probation Office.

The defendant is further sentenced to a new term of 1 year Supervised Release.

The defendant shall remain current with his child support payments.

The defendant shall participate in mental health counseling as directed by the probation office.

Signed this the ____6th____ day of July, 2005.

J. Daniel Breen
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 12/28/1964
U.S. Marshal No.: 22287-009
Defendant's Mailing Address: 4482 Orange Grove Drive, Memphis, TN 38109

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _7- 7-05_

22

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CR-20044 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT